**Order entered March 5, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01019-CV

### USAA CASUALTY INSURANCE COMPANY, Appellant

### V.

### SUNNY LETOT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00156-E**

### ORDER

Before the Court is appellee's March 3, 2021 unopposed motion for extension of time to file her response brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** appellee's brief be filed no later than March 23, 2021.

/s/     BONNIE LEE GOLDSTEIN
         JUSTICE